IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 15-cv-02114-MJW

KEVIN JOSEPH PAYTON,

Plaintiff(s),

v.

JEFFERSON COUNTY SHERIFF DEPUTY ENRIQUEZ,
JEFFERSON COUNTY SHERIFF'S OFFICE,   and
COUNTY OF JEFFERSON

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Docket No. 13) is denied as moot. This action was removed from Jefferson County District Court, and defendants paid the filing fee in this court at the time of the removal. Therefore, plaintiff does not need to commence this civil action without prepayment of fees or security therefor pursuant to § 1915.

It is further ORDERED that plaintiff's Motion for Service Order (Docket No. 16) is denied as moot.

It is further ORDERED that the plaintiff's Motion to Amend Complaint (Docket No. 25) and Request to Amend Complaint (Docket No. 26) are both denied without prejudice. As correctly noted by the defendants in their Response (Docket No. 31), plaintiff has not provided a basis for how he intends to amend his complaint, and moreover he has failed to file a proposed amended complaint pursuant to D.C.COLO.LCivR 15.1(b).

It is further ORDERED that the plaintiff's Motion for Court Appointed Counsel (Docket No. 15) is denied without prejudice. Counsel cannot be appointed and paid pursuant to 28 U.S.C. § 1915(e)(1), but the court has broad discretion to direct the Clerk of Court to attempt to obtain volunteer counsel for a party in a civil case. See Murphy v. Colorado Dept. of Corrections, 2009 WL 2959205 (D. Colo. Sept. 10, 2009) (citing DiCesare v. Stuart, 12 F.3d 973, 979 (10th Cir. 1993)). When making such a decision, the court "should consider a variety of factors, including the merits of the litigant's claims, the nature of the factual issues raised in the claims, the litigant's ability to present his claims, and the complexity of the legal issues raised by the claims." Long v.

Shillinger, 927 F.2d 525, 527 (10th Cir. 1991).  Having considered the current record in this case, the court finds that, even assuming the plaintiff has a colorable claim, he currently appears to be able to present his case adequately.  The factual and legal issues raised are not so numerous or complex that the plaintiff is unable to present his case adequately at this early stage of the litigation.

Date: October 20, 2015