IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02114-MSK-MJW

KEVIN JOSEPH PAYTON,

Plaintiff(s),

v.

JEFFERSON COUNTY SHERIFF DEPUTY ENRIQUEZ,
JEFFERSON COUNTY SHERIFF'S OFFICE, and
COUNTY OF JEFFERSON

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se plaintiff's Request for FTA and Warrant CCIC/NCIC Check (Docket No. 34) is denied. Plaintiff's motion is not properly before this court in this civil action. See § 24-60-501, C.R.S.

Date: November 3, 2015